# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1693
Lower Tribunal No. 20-2852-CA-01
_____

**Elvis Diaz, et al.,**
Appellants,

vs.

**Universal Property & Casualty Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Pedraza Law, P.A., and Malcolm R. Pedraza (Fort Lauderdale), for appellants.

Russo Lima Appellate Firm, P. A., and Elizabeth K. Russo and Paulo R. Lima, for appellee.

Before FERNANDEZ, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Simmons v. Public Health Tr. of Miami-Dade Cnty., 338 So. 3d 1057, 1061 (Fla. 3d DCA 2022) ("Here, the transcripts of the two hearings held on Jackson's motion demonstrate that the trial court stated the reasons for its decision with enough specificity to allow for appellate review by this Court."); see also Universal Prop. & Cas. Ins. Co. v. Horne, 314 So. 3d 688, 692 (Fla. 3d DCA 2021) ("[T]he lower court's conclusion that Universal waived its post-loss affirmative defense by issuing payment to Horne was incorrect."); Axis Surplus Ins. Co. v. Caribbean Beach Club Ass'n, Inc., 164 So. 3d 684, 689 (Fla. 2d DCA 2014) ("[T]here was no waiver because the insurer expressly reserved its rights in its reservation of rights letter . . . ."); Gonzalez v. State Farm Fla. Ins. Co., 65 So. 3d 608, 609 (Fla. 3d DCA 2011) (affirming "summary judgment entered below for the insurer on the ground that the insured had failed to comply with the pre-suit requirements of the policy").